## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

In Re:

ELIZABETH L ROBINSON
1399 CARDWELL SQ N
COLUMBUS, OH  43229

Case No:     08-54537

Judge:      C KATHRYN PRESTON

SSN(S):     XXX-XX-9026

### NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:   May 26, 2010

/s/ Frank M. Pees
Frank M. Pees
Chapter 13 Trustee

| Name and Address | Amount |
|---|---|
| ELIZABETH L ROBINSON<br>1399 CARDWELL SQ N<br>COLUMBUS, OH  43229 | 900.00 |